IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CAMERON R. FELTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 7:17-CV-00297 |
| | ) |
| VOLVO GROUP NORTH AMERICA, LLC, | ) |
| | ) |
|     Defendant. | ) |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Now comes the plaintiff, Cameron R. Felts, pursuant to Federal Rule of Civil Procedure 54(b) and moves the Court to vacate the Memorandum Opinion (ECF 51) and Order (ECF 52) dated May 15, 2018, granting Volvo Group North America, LLC, summary judgment as to Count III of the plaintiff's Complaint. In support thereof, the grounds for this motion are explained in detail in the plaintiff's forthcoming memorandum.

CAMERON R. FELTS

By: s/Emma Maddux Kozlowski
       Of Counsel

Paul G. Beers (VSB # 26725)
Email: pbeers@glennfeldmann.com
Emma Maddux Kozlowski (VSB # 85957)
Email: ekozlowski@glennfeldmann.com
Glenn, Feldmann, Darby & Goodlatte
27 Campbell Avenue, S.W.
P.O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
Counsel for Cameron R. Felts

<u>Certificate of Service</u>

I hereby certify that on May 31, 2018, I electronically filed the foregoing Plaintiff's Motion for Reconsideration with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Laura Golden Liff, Esq., Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 1500, Tysons Corner, Virginia 22102-3833, and to Suzzanne W. Decker, Esq., Miles & Stockbridge P.C., 100 Light Street, Baltimore, Maryland 21202.

<u>s/Emma Maddux Kozlowski</u>
Emma Maddux Kozlowski